1  August Gugelmann, SBN 240544
   SWANSON & McNAMARA LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for VICTOR YOUNG
5

**FILED**

Mar 08 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,            Case No. CR 19-0066 YGR
13
                        Plaintiff,      **STIPULATION AND ORDER
14      vs.                             (AS MODIFIED) TO CONTINUE
                                        HEARING**
15  VICTOR YOUNG,

16                      Defendant.

17

18        The parties are currently scheduled to appear on March 9, 2023 for a status conference on

19  the alleged violation of Mr. Young's supervised release. Because the parties are negotiating a

20  possible resolution of this matter and require more time for those discussions, Mr. Young and the

21  government stipulate and agree that the hearing should be continued to March 23, 2023 at 2:00

22  p.m.

23        IT IS SO STIPULATED.

24

25  Dated: March 7, 2023                      /s/
                                        August Gugelmann
26                                      SWANSON & McNAMARA LLP
                                        Attorneys for Victor Young
27
                                              /s/
28                                      Thomas R. Green
                                        Assistant United States Attorney

1

**ORDER (AS MODIFIED)**

2        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the status

3 conference is continued to **March 23, 2023 at 9:30 a.m.**

4        IT IS HEREBY ORDERED AS MODIFIED.

5

6  Dated:  March 8, 2023

7

8                                              _____

9                                              Hon. Yvonne Gonzalez Rogers
                                               United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and Order (As Modified) to Continue**
*United States v. Young*, CR 19-0066 YGR